Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15757−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Victor Kligler
    92 Homestead Drive
    Matawan, NJ 07747

Social Security No.:
    xxx−xx−4795

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-15757-CMG
Victor Kligler                                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Aug 16, 2018
                             Form ID: 148             Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db             +Victor Kligler,    92 Homestead Drive,    Matawan, NJ 07747-9707
517407689      +Medical Payment Data,    Attn: Wakefield & Associates,    7005 Middlebrook Pike,
                 Knoxville, TN 37909-1156
517453252      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517512421      +Toyota Motor Credit Corp,    PO Box 9013,    Addison, TX 75001-9013
517407692      +Verizon,    Attn: EOS CCA,   PO Box 981008,    Boston, MA 02298-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2018 00:01:36     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2018 00:01:34     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517559665       E-mail/Text: jennifer.chacon@spservicing.com Aug 17 2018 00:02:51
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517546447      +EDI: AIS.COM Aug 17 2018 03:28:00      Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517564369       EDI: RESURGENT.COM Aug 17 2018 03:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of NCOP Capital III, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517407688       EDI: TSYS2.COM Aug 17 2018 03:28:00      Macys,   PO Box 183083,    Columbus, OH 43218-3083
517407691      +E-mail/Text: jennifer.chacon@spservicing.com Aug 17 2018 00:02:51
                 Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517407690*     +Medical Payment Data,    Attn: Wakefield & Associates,    7005 Middlebrook Pike,
                 Knoxville, TN 37909-1156
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed
               Pass-Through Certificates, Series 2007-CH3 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Victor   Kligler cerbonelawfirm@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```